**AKERMAN LLP**
KANIKA D. CORLEY (SBN 223607)
*kanika.corley@akerman.com*
ALICIA Y. HOU (SBN 254157)
*alicia.hou@akerman.com*
CHRISTOPHER N. McANDREW (SBN 324579)
*chris.mcandrew@akerman.com*
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Plaintiff
NEW TRADITION MEDIA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW TRADITION MEDIA, LLC, a New York limited liability company<br><br>Plaintiff,<br><br>v.<br><br>RITTERSBACHER SUNSET, LLC, a California limited liability company; and DOES 1 to 10, inclusive;<br><br>Defendant. | Case No. 2:22-cv-08670-WLH-AS<br>The Honorable Wesley L. Hsu<br><br>**PLAINTIFF'S REQUEST TO WITHDRAW ECF NOS. 49, AND 49-1 THROUGH 49-29 [PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, EXHIBITS THERETO, AND [PROPOSED] ORDER]** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** by and through their undersigned counsel, Plaintiff New Tradition Media, LLC ("Plaintiff") hereby requests that the Court withdraw Plaintiff's filing of ECF No. 49, and 49-1 through 49-29, which constitute Plaintiff's *Ex Parte* Application for Leave to File Documents Under Seal (the "Application"), all exhibits thereto, and the [Proposed] Order attached to same, filed on May 22, 2023. The exhibits connected to the Application contained information intended to be filed under seal, and was inadvertently filed on the public docket.[1]

Plaintiff intends to immediately resubmit the Application along with the corrected exhibits and [Proposed] Order.

Dated: May 25, 2023

**AKERMAN LLP**

By: */s/ Alicia Y. Hou*
    Kanika D. Corley
    Alicia Y. Hou
    Christopher N. McAndrew
    Attorneys for Plaintiff
    New Tradition Media, LLC

---

[1] Plaintiff filed a Notice of Errata on May 23, 2023 (ECF 56) apprising the Court of the filing error associated with the Application. Within the Notice of Errata, Plaintiff advised the Court that it was awaiting further instruction from the Court as to how to proceed. On May 25, 2023, Plaintiff received correspondence from the Courtroom Deputy advising Plaintiff to re-file the Application.

**PLAINTIFF'S REQUEST TO WITHDRAW *EX PARTE* APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**